United States District Court
Southern District of Texas
**ENTERED**
July 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lizeth Padron, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-840 |
| | § | |
| U.S. Asset Managment, Inc., | § | |
| Defendant. | § | |

## O R D E R

In accordance with the Stipulation of Dismissal filed on July 15, 2019 (docket entry no. 17), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 15th day of July, 2019.

---
SIM LAKE
UNITED STATES DISTRICT JUDGE